LAW OFFICE OF
# Jacob Barclay Mitchell, Esq.
225 Broadway, Suite 2815
New York, New York 10007

TELEPHONE: (212) 204-2574                                  E-MAIL: jacobbarclaymitchell@gmail.com

October 9, 2020

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE:     **United States v. Paez Vazquez et. al., 20 Cr. 28 (JPO)**

Dear Judge Oetken:

Defense counsel for Juan Becerra writes to request a 60-day adjournment of the status conference currently scheduled for October 19, 2020. The parties make this request due to the ongoing public health crisis. The government joins in this request.

Mr. Becerra consents to the exclusion of time from October 19, 2020 until the date of the next conference.

Sincerely,

\_\_\_\_\_/S/_____
Jacob Mitchell

> Granted.  The October 19, 2020 pretrial conference is adjourned to December 21, 2020, at 4:30 p.m.  The Court hereby excludes time through December 21, 2020, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
>   So ordered.
>   October 15, 2020

_____
J. PAUL OETKEN
United States District Judge