# Jacob Barclay Mitchell, Esq.

225 Broadway, Suite 2815
New York, New York 10007

TELEPHONE: (212) 204-2574

May 19, 2021

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE:     **United States v. Paez Vazquez et. al., 20 Cr. 28 (JPO)**

Granted.  Defendant's surrender date is hereby adjourned to June 15, 2021.
   With respect to credited time, defense counsel is directed to confer with the Government and propose appropriate language for an amended judgment.
   So ordered.
   May 21, 2021

J. PAUL OETKEN
United States District Judge

Dear Judge Oetken:

       We represent Juan Becerra and write to request a later surrender date to allow the requisite time from Mr. Becerra's second vaccination for COVID. We also ask that the intent of the Court, in regards to Mr. Becerra's sentence, be clarified to the BOP in the Judgement.

       We ask that Mr. Becerra's surrender date be changed from June 1, 2021 to any date after June 10, 2021. Mr. Becerra is currently scheduled to get his second dose of the vaccine on May 26, 2021. This will allow for the required two weeks to pass after the second dose of the vaccine and follow CDC guidelines to ensure the safety of both Mr. Becerra and those in the facility where he will be sent to.

       We request correction of sentence for a clerical mistake (Fed. R. Crim. P. 36) made in the official Judgement for Mr. Becerra. At sentencing Your Honor made clear that Mr. Becerra should be credited for the time he had already served at the MCC. (Exhibit A) It is my understanding that the BOP will not credit him for that time based on the current Judgement. (Exhibit B)  Mr. Becerra served time in the MCC from December 12, 2019 through June 3, 2020. The time credited would be 171 days against the 15-month sentence imposed for a total of 285 days to be served upon his surrender.

Respectfully Submitted,

_____/S/_____
Jacob B. Mitchell
Richard B. Lind